Filed 4/26/21  P. v. Reed CA2/7

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>DARRELL ANDRE REED,<br><br>  Defendant and Appellant. | B308660<br><br>(Los Angeles County<br>Super. Ct. No. MA079066) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Kathleen Blanchard, Judge. Affirmed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

_____

Darrell Andre Reed pleaded no contest to willful infliction of corporal injury on an intimate partner and admitted he had suffered a prior serious felony conviction within the meaning of the three strikes law. The trial court sentenced Reed to four years in state prison. No arguable issues have been identified following review of the record by Reed's appointed appellate counsel or our own independent review. We affirm.

## FACTUAL AND PROCEDURAL BACKGROUND

Reed was charged by information with one count of willful infliction of corporal injury on a current or former intimate partner (Pen. Code, § 273.5, subd. (a)). On June 24, 2020 Reed pleaded no contest to the charge and admitted he had previously been convicted of participating in a criminal street gang (Pen. Code, § 186.22, subd. (a)), a serious felony within the meaning of the three strikes law (Pen. Code, §§ 667, subd. (b)-(j), 1170.12). On August 19, 2020 the trial court sentenced Reed as a second strike offender to the low term of two years, doubled to four years. Reed filed a timely notice of appeal, noting that his appeal concerned only sentencing or other matters occurring after the plea that did not affect the validity of the plea. (Cal. Rules of Court, rule 8.304(b).)

## DISCUSSION

We appointed counsel to represent Reed on appeal. After reviewing the record, counsel filed a brief raising no issues. Appointed counsel advised Reed on March 9, 2021 that he could personally submit any contentions or issue he wishes the court to consider. We have received no response.

We have examined the record and are satisfied appellate counsel for Reed has complied with counsel's responsibilities and

there are no arguable issues. (*Smith v. Robbins* (2000) 528 U.S. 259, 277-284; *People v. Kelly* (2006) 40 Cal.4th 106, 118-119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.)

## DISPOSITION

The judgment is affirmed.

                                        PERLUSS, P. J.

We concur:

SEGAL, J.

FEUER, J.